JEFFREY B. DEMAIN (SBN 126715)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
jdemain@altshulerberzon.com
cpitts@altshulerberzonl.com

J. FELIX DE LA TORRE (SBN 204282)
ANNE M. GIESE (SBN 143934)
SEIU Local 1000
1808 14th Street
Sacramento, California  95811
Telephone:   (916) 554-1279
Facsimile:  (916) 554-1292
fdelatorre@seiu1000.org
agiese@seiu1000.org

Attorneys for Defendant
Service Employees International Union, Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI, *et al.*, AND THE CLASS THEY SEEK TO REPRESENT<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, *et al.*;<br><br>　　　　　Defendants. | No. 2:14-cv-00319-GEB-KJN<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**<br><br><br>Hearing Date:　N/A<br>Time:　　　　　N/A<br>Courtroom:　　N/A<br>Judge:　　　　Hon. Garland E. Burrell, Jr. |

**STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties to the above-captioned case, by and through their undersigned counsel of record, hereby respectfully request that defendants be granted until and including April 25, 2014, to respond to plaintiffs' Complaint. In support of that request, the parties state as follows:

1. The responsive pleading on behalf of defendant John Chiang, Controller of the State of California, is currently due on February 24, 2014. The requested extension until and including April 25, 2014 will afford Secretary Chiang a sixty-day extension of time to respond to the Complaint.

2. The responsive pleading on behalf of the other defendant in this case, Service Employees International Union Local 1000, is currently due on March 4, 2014. The requested extension until and including April 25, 2014 will afford Local 1000 a fifty-two-day extension of time to respond to the Complaint.

3. No previous extensions of time to respond to the Complaint have been requested or granted in this case.

4. The requested extension of time is necessary because defendants have only recently secured counsel to represent them in this case, plaintiffs' Complaint contains numerous factual allegations that counsel must investigate in order to prepare responsive pleadings, and defendants' counsel have numerous litigation commitments that will require their attention in the next sixty days.

5. The requested extension of time will not require the Court to reschedule any pretrial dates previously scheduled in this case.

///
///
///
///
///
///
///
///
///

The foregoing is hereby stipulated among the parties in this action, who respectfully request the Court to grant the extension of time.

Dated:  February 20, 2014.

    Respectfully submitted,

JEFFREY B. DEMAIN
Altshuler Berzon LLP

J. FELIX DE LA TORRE
ANNE M. GIESE
SEIU Local 1000


By:  */s/ Jeffrey B. Demain*
       Jeffrey B. Demain

Attorneys for Defendant Service Employees International Union, Local 1000

Kim L. Nguyen (SBN 209524; application for admission pending)
Deputy Attorney General
Government Law Section
Department of Justice, Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California  90013
Tel.:  (213) 897-5677
Fax:  (213) 897-5775
E-mail:  kim.nguyen@doj.ca.gov

Mark Beckington (SBN 126009)
Supervising Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, California  90013
Tel.:  (213) 897-1096
Fax:  (213) 897-5775
E-mail:  mark.beckington@doj.ca.gov

By*:  /s/ Mark Beckington* (as authorized on Feb. 20, 2014)
       Mark Beckington

Attorneys for Defendant John Chiang, Controller of the State of California

///

///

///

///

**STIP. REQUEST FOR EXT. OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**
*Hamidi, et al. v. SEIU Local 1000, et al.*, Case No. 2:14-cv-00319-GEB-KJN

2

W. JAMES YOUNG, Esq. (*pro hac vice* application pending)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

By: */s/ W. James Young* (as authorized on Feb. 20 , 2014)
       W. James Young

Attorneys for Plaintiffs and the Class They Seek to Represent

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated:  February 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIP. REQUEST FOR EXT. OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**
*Hamidi, et al. v. SEIU Local 1000, et al.*, Case No. 2:14-cv-00319-GEB-KJN               3