UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI; KIM MCELROY; DAWN P. AMMONS; WILLIAM L. BLAYLOCK; CHRISTOPHER BROWNE; RYAN CHRISTENSEN; KELLI GILES; SANDRA KIEFFER; ANGEL LO; MADELINE L. LOPEZ; CLINT MILLER; GARY W. MORRISH; VIRGINIA OLLIS; OLAYEMI SARUMI; CECILIA STANFIELD; ANTONIA TOLEDO; DIANE C. TUTT; MOZELLE YARBROUGH; and THE CLASS THEY SEEK TO REPRESENT,<br><br>        Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, and JOHN CHIANG, Controller, State of California,<br><br>        Defendants. | No. 2:14-cv-00319-GEB-KJN<br><br>**ORDER** |

I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455. All currently scheduled dates are vacated. The clerk should randomly reassign this case and make the appropriate adjustments.

IT IS SO ORDERED.

Dated: April 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1