JEFFREY B. DEMAIN (SBN 126715)
P. CASEY PITTS (SBN 262463)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com
cpitts@altshulerberzon.com

J. FELIX DE LA TORRE (SBN 204282)
ANNE M. GIESE (SBN 143934)
SEIU Local 1000
1808 14th Street
Sacramento, California 95811
Telephone: (916) 554-1279
Facsimile: (916) 554-1292
fdelatorre@seiu1000.org
agiese@seiu1000.org

Attorneys for Defendant
Service Employees International Union, Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI, et al., AND THE CLASS THEY SEEK TO REPRESENT<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, et al.;<br><br>Defendants. | No. 2:14-cv-00319-WBS-KJN<br><br>**STIPULATION TO CONTINUE HEARING DATE ON, AND SET BRIEFING SCHEDULE FOR, PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; [~~PROPOSED~~] ORDER THEREON**<br><br>Hearing Date: January 26, 2015<br>Time:          2:00 p.m.<br>Courtroom:  5<br>Judge:         Hon. William B. Shubb |

**Stipulation to Continue Hearing Date on, and Set Briefing Schedule for, Pls' Motion for Class Cert.; [Prop.] Order**
*Hamidi, et al. v. SEIU Local 1000, et al.*, Case No. 2:14-cv-00319-WBS-KJN

**TO THE COURT:**

The parties to the above-captioned case hereby submit the following stipulation to continue the hearing date on Plaintiffs' previously-noticed motion for class certification from January 26, 2015, to April 20, 2015, and to set a briefing schedule for the filing and service of the opposition and reply briefs thereon.

WHEREAS, on August 15, 2014, Plaintiffs noticed their motion for class certification to be heard on September 22, 2014;

WHEREAS, the parties to the above-captioned case had previously agreed that, after Plaintiffs noticed that motion, the hearing on the motion would be stayed to permit Defendants to conduct discovery relevant to the class certification issue, and so informed the Court in their Revised Joint Status Report, Doc. No. 20 at 3:15-18;

WHEREAS, the parties thereafter stipulated to continue the hearing on the motion to January 26, 2015, with a corresponding briefing schedule;

WHEREAS, the Court approved that stipulation on September 5, 2014 (Docket No. 24);

WHEREAS, it is taking Plaintiffs longer than the parties had previously contemplated to respond to the written discovery requests propounded by Defendant SEIU Local 1000, which has given them several extensions of time within which to respond;

WHEREAS, Defendant SEIU Local 1000 is still awaiting some of the Plaintiffs' responses to those written discovery requests, and must receive them before it can determine which Plaintiffs it will need to depose;

WHEREAS, the parties contemplate scheduling the necessary depositions in January and early February, followed by time to brief the issues relevant to class certification; and

WHEREAS, the parties continue to wish to implement their prior agreement and to set a briefing schedule for the opposition and reply on the class certification motion so that Plaintiffs will have sufficient time to prepare their reply;

THEREFORE, the parties hereby stipulate as follows:

///

///

**Stipulation to Continue Hearing Date on, and Set Briefing Schedule for, Pls' Motion for Class Cert.; [Prop.] Order**
*Hamidi, et al. v. SEIU Local 1000, et al.*, Case No. 2:14-cv-00319-WBS-KJN

1

1. The hearing on Plaintiffs' pending motion for class certification shall be continued from January 26, 2015, to April 20, 2015, at 2:00 p.m.

2. This stipulation shall constitute sufficient notice of that continuance, so that Plaintiffs need not file an amended notice of motion.

3. Any oppositions to Plaintiffs' class certification motion that Defendants submit shall be filed and served on or before March 27, 2015.

4. Any reply in support of Plaintiffs' class certification motion shall be filed and served, as per the Local Rules, on or before April 10, 2015.

The foregoing is so stipulated and agreed between the parties to the above-captioned action, by among their undersigned counsel.

Dated:  December 17, 2014                Respectfully submitted,

JEFFREY B. DEMAIN
Altshuler Berzon LLP

J. FELIX DE LA TORRE
ANNE M. GIESE
SEIU Local 1000


By:     */s/ Jeffrey B. Demain*
            Jeffrey B. Demain

Attorneys for Defendant Service Employees
International Union, Local 1000

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KIM L. NGUYEN
Deputy Attorney General
State Bar No. 209524
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
Telephone:  (213) 897-5677
Fax:  (213) 897-5775
E-mail:  Kim.Nguyen@doj.ca.gov


By:     */s/Kim Nguyen* (as authorized on Dec. 17, 2014)
            Kim Nguyen

Attorneys for Defendant John Chiang,
Controller of the State of California

**Stipulation to Continue Hearing Date on, and Set Briefing Schedule for, Pls' Motion for Class Cert.; [Prop.] Order**
*Hamidi, et al. v. SEIU Local 1000, et al.*, Case No. 2:14-cv-00319-WBS-KJN

2

W. JAMES YOUNG, Esq. (*pro hac vice* application pending)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153


By:   */s/W. James Young* (as authorized on Dec. 17, 2014)
          W. James Young

Attorneys for Plaintiffs and the Class They Seek to Represent


## ORDER

**IT IS SO ORDERED.**

Dated:  December 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**Stipulation to Continue Hearing Date on, and Set Briefing Schedule for, Pls' Motion for Class Cert.; [Prop.] Order**
*Hamidi, et al. v. SEIU Local 1000, et al.*, Case No. 2:14-cv-00319-WBS-KJN

3