W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS THEY SEEK TO REPRESENT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI, *et al.*, AND THE CLASS THEY SEEK TO REPRESENT<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, AND JOHN CHIANG, Controller, State of California;<br><br>    Defendants. | CASE NO. 2:14-CV-319-GEB-KJN<br><br>CLASS ACTION<br><br>STIPULATION TO CONTINUE HEARING DATE ON, AND SET BRIEFING SCHEDULE FOR, PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; ~~PROPOSED~~ ORDER THEREON |

TO THE COURT:

    The parties to the above-captioned case hereby submit the following stipulation to continue the hearing date on Plaintiffs' previously-noticed Motion for class certification from 20

**STIPULATION TO CONTINUE HEARING DATE --- *Hamidi v. SEIU Local* 1000**        Page 1

April 2015, and to set a briefing schedule for the filing and service of the reply brief thereon.

WHEREAS, on 15 August 2014, Plaintiffs noticed their motion for class certification to be heard on 22 September 2014;

WHEREAS, the parties to the above-captioned case had previously agreed that, after Plaintiffs noticed that motion, the hearing on the motion would be stayed to permit Defendants to conduct discovery relevant to the class certification issue, and so informed the Court in their Revised Joint Status Report, Doc. No. 20 at 3:15-18; and

WHEREAS, the parties to the above-captioned case had previously agreed to continue the originally-noticed hearing date and briefing schedule in order to provide the Plaintiffs additional time to respond to Defendant SEIU Local 1000's written discovery requests and to provide Local 1000 sufficient time to depose the Plaintiffs after receiving their responses, and thus stipulated to postpone the hearing to 20 April 2015 (Docket Nos. 27 & 28); and

WHEREAS, due to the voluminous nature of Defendant SEIU Local 1000's Opposition (Docket Nos. 39-42, inclusive), and the press of other matters including, but not limited to Plaintiffs' counsel's: (1) preparation and filing on this date of an opposition to a motion for a supersedeas (injunction pending appeal) filed and served on 1 April 2015, with the Pennsylvania Supreme Court; (2) oral argument before the United States Court of Appeals for the District of Columbia Circuit on 7 April 2015, in a case long-delayed by the United States Supreme Court's consideration of and decision in *National Labor Relations Board v. Noel Canning*, 134 S.Ct. 2550 (2014); and (3) unforeseen illness since the filing of Defendants' Oppositions to the Motion (Docket Nos. 38-42, inclusive), the parties now wish to set a briefing schedule for reply on the class certification motion so that Plaintiffs will have sufficient time to prepare their reply;

THEREFORE, the parties hereby stipulate as follows:

1.     The hearing on Plaintiffs' pending motion for class certification shall be continued from April 20, 2015, to May 18, 2015, at 2:00 p.m., the Court's next available hearing date;

2.     This stipulation shall constitute sufficient notice of that continuance, so that

**STIPULATION TO CONTINUE HEARING DATE ---** *Hamidi v. SEIU Local* **1000**     Page 2

Plaintiffs need not file an amended notice of motion.

   3.  Any reply in support of Plaintiffs' class certification motion shall be filed and served, as per the Local Rules, on or before May 8, 2015.

DATED: 8 April 2015
Respectfully submitted,

/s/ Steven R. Burlingham        /s/ Kim L. Nguyen (as authorized 4/9/15)

| | |
|---|---|
| STEVEN R. BURLINGHAM, Esq. | KAMALA D. HARRIS |
| California Bar No. 88544 | Attorney General of California |
| Gary, Till & Burlingham | MARK R. BECKINGTON |
| 5330 Madison Avenue, Suite F | Supervising Deputy Attorney General |
| Sacramento, California 95841 | KIM L. NGUYEN |
| (916) 332-8122 | Deputy Attorney General |
| Facsimile — (916) 332-8153 | State Bar No. 209524 |
| steveb@gtblaw.com | 300 South Spring Street, Suite 1702 |
| | Los Angeles, CA 90013 |
| /s/ W. James Young | Telephone: (213) 897-5677 |
| | Fax: (213) 897-5775 |
| W. JAMES YOUNG, Esq. | Kim.Nguyen@doj.ca.gov |
| c/o National Right to Work Legal | |
|  Defense Foundation, Inc. | ATTORNEYS FOR DEFENDANT CALIFORNIA STATE |
| 8001 Braddock Road, Suite 600 | CONTROLLER |
| Springfield, Virginia 22160 | |
| (703) 321-8510 | |
| Facsimile — (703) 321-9319 | |
| wjy@nrtw.org | |

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS THEY SEEK TO REPRESENT

**STIPULATION TO CONTINUE HEARING DATE** --- *Hamidi v. SEIU Local* 1000     **Page 3**

JEFFREY B. DEMAIN (SBN 126715)
EVE H. CERVANTEZ (SBN 164709)
P. CASEY PITTS (SBN 262463)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com
ecervantez@altshulerberzon.com
cpitts@altshulerberzonl.com

YORK J. CHANG (SBN 220450)
ANNE M. GIESE (SBN 143934)
SEIU Local 1000
1808 14th Street
Sacramento, California 95811
Telephone: (916) 554-1279
Facsimile: (916) 554-1292
ychang@seiu1000.org
agiese@ seiu1000.org

/s/ Jeffrey B. Demain (as authorized 4/9/15)

ATTORNEYS FOR DEFENDANT SEIU LOCAL 1000

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the Clerk of Court the foregoing **STIPULATION TO CONTINUE HEARING DATE ON, AND SET BRIEFING SCHEDULE FOR, PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; PROPOSED ORDER THEREON,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 9th day of April, 2015.

           /s/ W. James Young

           W. JAMES YOUNG