KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KIM L. NGUYEN
Deputy Attorney General
State Bar No. 209524
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-5677
 Fax:  (213) 897-5775
 E-mail:  Kim.Nguyen@doj.ca.gov
*Attorneys for Defendant California State Controller*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOUROSH KENNETH HAMIDI**, *et al*. AND THE CLASS THEY SEEK TO REPRESENT,<br><br>Plaintiffs,<br><br>v.<br><br>**SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000,** AND **STATE CONTROLLER JOHN CHIANG,**<br><br>Defendants. | 2:14-CV-00319-WBS-KJN<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT HEARING SET FOR MAY 18, 2015; [**~~PROPOSED~~**] ORDER**<br><br>Courtroom:  5<br>Judge:       Hon. William B. Shubb<br>Action Filed: January 31, 2014<br>Hearing:     May 18, 2015 |

Pursuant to this Court's Case Management Procedures (Standard Information), counsel of record for the California State Controller, Deputy Attorney General Kim L. Nguyen (the Controller's counsel), hereby respectfully requests a telephonic appearance at the hearing on class certification currently set for Monday, May 18, 2015 at 2:00 p.m.

A scheduling conflict has just arisen that requires the Controller's counsel to be in Los Angeles on May 18, 2015.  The Controller's counsel has contacted

1

**REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL OF RECORD FOR DEFENDANT
CALIFORNIA STATE CONTROLLER**  (Case No. 2:14-cv-00319-WBS-KJN)

counsel for Plaintiffs and Defendant Service Employees International Union, Local 1000 to inform them of the situation.  Neither counsel objects to a telephonic appearance by the Controller's counsel.

Accordingly, the Controller's counsel respectfully requests that this Court approve her request for a telephonic appearance at the hearing set for May 18, 2015 at 2:00 p.m.

The telephone number where the Controller's counsel can be reached on the date and time of the requested telephonic appearance is (213) 897-5677.

Dated:  May 6, 2015                                      Respectfully Submitted,

                                                        KAMALA D. HARRIS
                                                        Attorney General of California
                                                        MARK R. BECKINGTON
                                                        Supervising Deputy Attorney General

                                                        */s/ Kim L. Nguyen*

                                                        KIM L. NGUYEN
                                                        Deputy Attorney General
                                                        *Attorneys for Defendant*
                                                        *California State Controller*

SA2014114814
51771640.doc

2

**REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL OF RECORD FOR DEFENDANT
CALIFORNIA STATE CONTROLLER**  (Case No. 2:14-cv-00319-WBS-KJN)

# ORDER

With the understanding that counsel for plaintiff and the Service Employees International Union will appear in person at the hearing, the Court hereby GRANTS the request made by Deputy Attorney General Kim L. Nguyen, counsel of record for defendant California State Controller, to appear telephonically at the hearing on plaintiffs' motion for class certification set for May 18, 2015 at 2:00 p.m.

Pursuant to this Court's Case Management Procedures (Standard Information) the courtroom deputy shall email counsel with instructions on how to participate in a telephone conference call.

**IT IS SO ORDERED.**

**Dated:  May 7, 2015**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL OF RECORD FOR DEFENDANT CALIFORNIA STATE CONTROLLER**  (Case No. 2:14-cv-00319-WBS-KJN)