UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KOUROSH KENNETH HAMIDI, et al.; and the class they seek to represent,<br><br>            Plaintiffs,<br><br>     v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000; and BETTY YEE, Controller State of California,<br>            Defendants. | Civ. No. 2:14-319 WBS KJN<br><br>ORDER |

----oo0oo----

After reviewing the parties' Joint Status Report, the court hereby vacates the Status Conference scheduled for September 12, 2016.  The parties agree that the remaining claims can be resolved on motions for summary judgment and agree to the following briefing schedule: (1) plaintiffs shall file their motion for summary judgment no later than September 30, 2016; (2) defendants shall file their opposition to plaintiffs' motion and

1

their cross-motion for summary judgment no later than October 31, 2016; (3) plaintiffs shall file their reply in support of their motion and opposition to defendants' cross-motion no later than November 30, 2016; and (4) defendants shall file their reply in support of their cross-motion no later December 30, 2016.  Oral argument on the motions for summary judgment shall be heard on February 6, 2017 at 1:30 p.m.

   IT IS SO ORDERED.

Dated:   September 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE