W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia   22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California   95841
(916) 332-8122
Facsimile ─ (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS THEY SEEK TO REPRESENT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI, *et al.*, AND THE CLASS THEY SEEK TO REPRESENT<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, AND JOHN CHIANG, Controller, State of California;<br><br>    Defendants. | CASE NO. 2:14-CV-319-WBS-KJN<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR EXTENSION OF REMAINING BRIEFING ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

TO THE COURT:

    The parties to the above-captioned case hereby submit the following stipulation for extensions on the remaining briefing on the parties' Cross-Motions for Summary Judgment (Docket Nos. 64, 67, and 74), set for hearing on Monday, 6 February 2017, as follows:

    WHEREAS, upon the briefing schedule agreed to among the parties and submitted to the Court on 29 August 2016 (Docket No. 61), on 30 September 2016, Plaintiffs noticed their Motion for Summary Judgment (Docket No. 64) to be heard on Monday, 6 February 2017; and

    WHEREAS, on 31 October 2016, Defendants filed their Oppositions and Cross-Motions for

Summary Judgment (Docket Nos. 67 and 74); and

WHEREAS, Plaintiffs' undersigned counsel has come to the conclusion that, due to the press of other matters (including three weekdays out of the office for day-long continuing legal education seminars and the Thanksgiving holiday), the schedule previously agreed to does not allow adequate time to respond to Defendants' Motions;

THEREFORE, the parties hereby stipulate and agree as follows:

1. The hearing on the parties' pending cross-motions for summary judgment shall remain on the calendar for the noticed hearing date of Monday, 6 February 2017, at 2:00 p.m., as previously agreed;

2. Plaintiffs' Opposition to Defendants' Cross-Motions for Summary Judgment, and Reply to Defendants' Oppositions, shall be filed on or before Friday, 16 December 2016; and

3. Any replies in support of Defendants' summary judgment motions shall be filed on or before Friday, 20 January 2017.

DATED: 23 November 2016

Respectfully submitted,

| /s/ Steven R. Burlingham | /s/ W. James Young |
|---|---|
| STEVEN R. BURLINGHAM, Esq.<br>California Bar No. 88544<br>Gary, Till & Burlingham<br>5330 Madison Avenue, Suite F<br>Sacramento, California   95841<br>(916) 332-8122<br>Facsimile ─ (916) 332-8153<br>steveb@gtblaw.com | W. JAMES YOUNG, Esq.<br>c/o National Right to Work Legal<br>　　　Defense Foundation, Inc.<br>8001 Braddock Road, Suite 600<br>Springfield, Virginia   22160<br>(703) 321-8510<br>Facsimile ─ (703) 321-9319<br>wjy@nrtw.org |
| | ATTORNEYS FOR PLAINTIFFS AND THE CLASS THEY SEEK TO REPRESENT |
| /s/ Mark R. Beckington (as authorized on 11/23/16)<br><br>KAMALA D. HARRIS<br>Attorney General of California | MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>KIM L. NGUYEN<br>Deputy Attorney General<br>State Bar No. 209524 |

| | |
|---|---|
| 300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Telephone: (213) 897-5677<br>Fax: (213) 897-5775<br>Kim.Nguyen@doj.ca.gov<br><br>ATTORNEYS FOR DEFENDANT<br>CALIFORNIA STATE CONTROLLER | /s/ Jeffrey B. Demain (as authorized 11/23/16)<br><br>JEFFREY B. DEMAIN (SBN 126715)<br>EVE H. CERVANTEZ (SBN 164709)<br>P. CASEY PITTS (SBN 262463)<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, California  94108<br>Telephone:   (415) 421-7151<br>Facsimile:   (415) 362-8064<br>jdemain@altshulerberzon.com<br>ecervantez@altshulerberzon.com<br>cpitts@altshulerberzonl.com<br><br>YORK J. CHANG (SBN 220450)<br>ANNE M. GIESE (SBN 143934)<br>SEIU Local 1000<br>1808 14th Street<br>Sacramento, California  95811<br>Telephone:    (916) 554-1279<br>Facsimile:    (916) 554-1292<br>ychang@seiu1000.org<br>agiese@ seiu1000.org<br><br>ATTORNEYS FOR DEFENDANT SEIU<br>LOCAL 1000 |

## ORDER

IT IS SO ORDERED.

Dated:   November 23, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the Clerk of Court the foregoing **STIPULATION FOR EXTENSION OF REMAINING BRIEFING ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 23d day of November, 2016.

/s/ W. James Young

W. JAMES YOUNG

L:\WP\California Cases\Hamidi.SEIU\Summary Judgment\ExtensionStipulation.wpd
Wednesday, 23 November   2016, 14:50:10 PM