W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia   22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California   95841
(916) 332-8122
Facsimile ─ (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS THEY SEEK TO REPRESENT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI, *et al.*, AND THE CLASS THEY SEEK TO REPRESENT<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, AND JOHN CHIANG, Controller, State of California;<br><br>    Defendants. | CASE NO. 2:14-CV-319-WBS-KJN<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR LEAVE TO FILE PLAINTIFFS' CORRECTED CONSOLIDATED RESPONSE/ OPPOSITION TO DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT (DOCKET NOS. 68 & 75); REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

TO THE COURT:

The parties to the above-captioned case hereby submit the following stipulation for leave to file a Corrected Consolidated Response/Opposition to Defendants' Cross-Motions for Summary Judgment (Docket Nos. 68 & 75); Reply to Defendants' Oppositions to Plaintiffs' Motion for Summary Judgment, filed on Friday, 16 December 2016 (Docket No. 82), set for hearing on Monday, 6 February 2017, as follows:

WHEREAS, counsel for Defendant Service Employees International Union, Local 1000, has

brought to the attention an inadvertent error in Plaintiffs' reference to *Agostini v. Felton*, 521 U.S. 203, 237 (1997), appearing at Docket No. 82 at 17:22-24; ECF page 17 of 22, lines 22-24 of Plaintiffs' Brief, which appears to misstate the holding of that case; and

WHEREAS, it is plain from the context that this misstatement was inadvertent and unintended; and

WHEREAS, it is in the interests of justice and judicial economy that no confusion arise from this inadvertent error;

THEREFORE, the parties hereby stipulate and agree as follows:

1. Plaintiffs should be permitted to file the attached Corrected Consolidated Response/Opposition, which corrects this error as well as other, non-substantive editing errors; and

2. That the Clerk be directed to accept and file the attached Corrected Consolidated Response/Opposition, in substitute for Docket No. 82.

DATED: 21 December 2016

Respectfully submitted,

/s/ Steven R. Burlingham                           /s/ W. James Young

STEVEN R. BURLINGHAM, Esq.                         W. JAMES YOUNG, Esq.
California Bar No. 88544                           c/o National Right to Work Legal
Gary, Till & Burlingham                                Defense Foundation, Inc.
5330 Madison Avenue, Suite F                       8001 Braddock Road, Suite 600
Sacramento, California  95841                      Springfield, Virginia  22160
(916) 332-8122                                     (703) 321-8510
Facsimile — (916) 332-8153                         Facsimile — (703) 321-9319
steveb@gtblaw.com                                  wjy@nrtw.org

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS THEY REPRESENT

| | |
|---|---|
| /s/ Mark R. Beckington (as authorized on 12/21/16) | /s/ Jeffrey B. Demain (as authorized 12/21/16) |

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON (SBN 126009)
Supervising Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-1096
Fax: (213) 897-5775
Mark.Beckington@doj.ca.gov

ATTORNEYS FOR DEFENDANT CALIFORNIA STATE CONTROLLER

JEFFREY B. DEMAIN (SBN 126715)
EVE H. CERVANTEZ (SBN 164709)
P. CASEY PITTS (SBN 262463)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California   94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064
mailto:ljuran@altshulerberzon.comjdemain@altshulerberzon.com
ecervantez@altshulerberzon.com
cpitts@altshulerberzonl.com

YORK J. CHANG (SBN 220450)
ANNE M. GIESE (SBN 143934)
SEIU Local 1000
1808 14th Street
Sacramento, California   95811
Telephone:   (916) 554-1279
Facsimile:   (916) 554-1292
ychang@seiu1000.org
agiese@seiu1000.orgmailto:jweissglass@altshulerberzon.commailto:jdemain@altshulerberzon.com

ATTORNEYS FOR DEFENDANT SEIU LOCAL 1000

**ORDER**

**IT IS SO ORDERED.**

Dated:   December 21, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the Clerk of Court the foregoing **STIPULATION FOR LEAVE TO FILE PLAINTIFFS' CORRECTED CONSOLIDATED RESPONSE/ OPPOSITION TO DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT (DOCKET NOS. 68 & 75); REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 21st day of December, 2016.

                         /s/ W. James Young

                         W. JAMES YOUNG

H:\WP\California Cases\Hamidi.SEIU\Union SJ Motion\Correction Stipulation.doc
Wednesday, 21 December  2016, 17:19:5 PM