UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KOUROSH HAMIDI, et al., and the CLASS THEY SEEK TO REPRESENT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, and BETTY YEE, California State Controller,<br><br>　　　　Defendants. | CIV. NO. 2:14-cv-319 WBS KJN<br><br>ORDER RE: COSTS |

----oo0oo----

After judgment was entered in favor of defendants (Docket No. 95), defendants Service Employees International Union Local 1000 ("Local 1000") submitted a cost bill totaling $21,294.12 and the California state controller[1] submitted a cost

---

[1] At the commencement of this action, the California state controller was John Chiang.  (Compl. ¶ 7.)  Chiang has

1

1 | bill totaling $8,671.75. (Docket Nos. 96, 97.)  Local Rule 292(c)
2 | provided plaintiffs with seven days from the date of service to
3 | object, and plaintiffs did not object to either bill of costs.
4 |       Rule 54(d)(1) of the Federal Rules of Civil Procedure
5 | and Local Rule 292 govern the taxation of costs, which are
6 | generally subject to limits set under 28 U.S.C. § 1920.  See 28
7 | U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.
8 | 54(d)(1) ("Unless a federal statute, these rules, or a court
9 | order provides otherwise, costs--other than attorney's fees--
10 | should be allowed to the prevailing party."); E.D. Cal. Local R.
11 | 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437,
12 | 441 (1987) (limiting taxable costs to those enumerated in §
13 | 1920).
14 |       Defendant SEIU has requested $21,294.12 in costs based
15 | on services that were actually and necessarily performed,
16 | including obtaining certified transcripts, making copies of
17 | materials, and witness attendance fees.  After reviewing the
18 | bill, and in light of the fact that plaintiffs have not objected,
19 | the court finds the requested costs to be reasonable.
20 | Accordingly, costs of $21,294.12 will be allowed for defendant
21 | SEIU and are taxed against plaintiffs.
22 |       Defendant Betty Yee, California State Controller, has
23 | requested $8,671.75 in costs based on services that were actually
24 | and necessarily performed, specifically obtaining certified
25 | transcripts.  After reviewing the bill, and in light of the fact
26 | that plaintiffs have not objected, the court finds the requested
27 |
28 | since been succeeded by Betty Yee.  (See Docket No. 74 at 1 n.1.)

costs to be reasonable.  Accordingly, costs of $8,671.75 will be allowed for defendant Betty Yee, California State Controller and are taxed against plaintiffs.

IT IS SO ORDERED.

Dated:  February 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE