JEFFREY B. DEMAIN (SBN 126715)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
jdemain@altshulerberzon.com
ebrown@altshulerberzon.com

YORK J. CHANG (SBN 220415)
ANNE M. GIESE (SBN 143934)
SEIU Local 1000
1808 14th Street
Sacramento, California  95811
Telephone:   (916) 554-1279
Facsimile:  (916) 554-1292
ychang@seiu1000.org
agiese@seiu1000.org

Attorneys for Defendant
Service Employees International Union, Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI, et al., AND THE CLASS THEY SEEK TO REPRESENT<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, et al.;<br><br>Defendants. | No. 2:14-cv-00319-WBS-KJN<br><br>**ORDER APPROVING STIPULATION RE PAYMENT OF BILL OF COSTS** |

The Court has received and reviewed the parties' Stipulation re Payment of Bill of Costs, filed on March 6, 2017, Docket No. 99 (the "Stipulation").  The Court hereby approves that Stipulation.

**IT IS SO ORDERED.**

Dated:  March 7, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Proposed] Order Approving Stipulation re Payment of Bill of Costs**
*Hamidi, et al. v. SEIU Local 1000, et al.*, Case No. 2:14-cv-00319-WBS-KJN

1