UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KOUROSH HAMIDI, et al., and the CLASS THEY SEEK TO REPRESENT,<br><br>    Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, and BETTY YEE, California State Controller,<br><br>    Defendants. | NO. 2:14-cv-319 WBS KJN<br><br><br><br><br><br><br>ORDER |

----oo0oo----

In light of the Ninth Circuit's remand in this case, the court hereby orders a Status Conference set for February 25, 2019 at 1:30 PM in Courtroom 5. No later than February 18, 2019, the parties shall meet and confer and submit a Joint Status Report. The Joint Status Report shall set forth the status of

1

the case, proposed deadlines, and each party's position on whether any of Hamidi's claims are moot in light of the Supreme Court's decision in Janus v. American Federation of State, County, and Municipal Employees, 138 S. Ct. 2448 (2018). The Joint Status Report shall also address the issue of attorney fees on appeal and any other issues that the parties think need to be discussed at the February 25, 2019 Status Conference.

IT IS SO ORDERED.

Dated: January 31, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE