UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KOUROSH HAMIDI, et al., and the CLASS THEY SEEK TO REPRESENT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, and BETTY YEE, California State Controller,<br><br>　　　　Defendants. | NO. 2:14-cv-319 WBS KJN<br><br><br><br><br>ORDER |

----oo0oo----

The court sets the following schedule for plaintiffs' motion to reopen discovery on the affirmative defense of good faith and defendants' dispositive motion regarding mootness of plaintiffs' claim for prospective injunctive and declaratory relief. The parties shall file their respective opening briefs

1

on or before April 1, 2019.  Plaintiffs and Service Employees International Union Local 1000 shall file their briefs in opposition on or before May 13, 2019.  The parties shall file their respective reply briefs on or before May 24, 2019.  The Court shall hear the motions on June 17, 2019 at 1:30 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: February 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE