W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California 95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS THEY REPRESENT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUROSH KENNETH HAMIDI; *et al.*; AND THE CLASS THEY REPRESENT<br><br>    Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, AND JOHN CHIANG, Controller, State of California;<br><br>    Defendants. | CASE NO. 2:14-CV-319-WBS-KJN<br><br>CLASS ACTION<br><br>ORDER AMENDING BRIEFING SCHEDULE FOR PENDING MOTIONS |

    Pursuant to Plaintiff's unopposed emergency request, and for good cause shown, the Court hereby amends the outstanding deadlines for the briefs for the pending Motions (ECF Nos. 121, 126, & 127), as follows:

    1.    The parties shall file their Reply Briefs, if any, by **Thursday, 30 May 2019**.

2. Oral argument on the pending motions will be held on **Monday, 17 June 2019, at 1:30 p.m.**, in Courtroom 5 before the Honorable William B. Shubb.

**IT IS SO ORDERED.**

Dated: May 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE