UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KOUROSH HAMIDI, et al., and the CLASS THEY SEEK TO REPRESENT,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000, and BETTY YEE, California State Controller,<br><br>Defendants. | No. 2:14-cv-319 WBS KJN<br><br><br><br><br><br>ORDER |

----oo0oo----

Pursuant to the parties' Joint Status Report filed on July 12, 2019 (Docket No. 143), the court sets the following briefing schedule for plaintiffs' motion for judgment on their claim retrospective monetary relief, and the union defendant's request to decertify the class and for judgment on the basis of

the "good faith" defense.  Each party shall file their opening brief on or before August 21, 2019.  The parties shall file their respective briefs in opposition on or before September 16, 2019.  Each party shall file their reply brief on or before October 7, 2019.  A hearing on these motions is set for October 21, 2019 at 1:30 p.m. in Courtroom 5.

     IT IS SO ORDERED.

Dated: July 12, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE