UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KOUROSH HAMIDI, et al., and the CLASS THEY SEEK TO REPRESENT,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, et al.,<br><br>Defendants. | No. 2:14-cv-319 WBS KJN<br><br><br><br>ORDER RELATING CASES |
| MARK GABRIELE, et al., AS INDIVIDUALS AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, et al.,<br><br>Defendants. | No. 2:19-cv-292 MCE KJN |

----oo0oo----

1

|  |  |
|---|---|
| 1 | Examination of the above-entitled actions reveals that |
| 2 | they are related within the meaning of Local Rule 123(a), because |
| 3 | Service Employees International Union, Local 1000 is a defendant |
| 4 | in both cases, both cases are based on the same or similar |
| 5 | claims, and plaintiffs in both cases are similarly situated. |
| 6 | Accordingly, the assignment of the matters to the same judge is |
| 7 | likely to effect a substantial saving of judicial effort and is |
| 8 | also likely to be convenient for the parties. |
| 9 | The parties should be aware that relating the cases |
| 10 | under Local Rule 123 merely has the result that both actions are |
| 11 | assigned to the same judge; no consolidation of the actions is |
| 12 | effected.  Under the regular practice of this court, related |
| 13 | cases are generally assigned to the judge and magistrate judge to |
| 14 | whom the first filed action was assigned. |
| 15 | IT IS THEREFORE ORDERED that the actions denominated |
| 16 | <u>Hamidi v. Service Employees International Union, Local 1000</u>, |
| 17 | 2:14-cv-319 WBS KJN, and <u>Gabriele v. Service Employees</u> |
| 18 | <u>International Union, Local 1000</u>, 2:19-cv-292 MCE KJN, be, and the |
| 19 | same hereby are, deemed related.  The case denominated <u>Gabriele</u> |
| 20 | <u>v. Service Employees International Union, Local 1000</u>, 2:19-cv-292 |
| 21 | MCE KJN, shall be reassigned to the Honorable WILLIAM B. SHUBB. |
| 22 | Any dates currently set in the reassigned case only are hereby |
| 23 | VACATED.  Henceforth, the captions on documents filed in the |
| 24 | reassigned case shall be shown as <u>Gabriele v. Service Employees</u> |
| 25 | <u>International Union, Local 1000</u>, 2:19-cv-292 WBS KJN. |
| 26 | IT IS FURTHER ORDERED that the Clerk of the Court make |
| 27 | an appropriate adjustment in the assignment of cases to |
| 28 | compensate for this reassignment. |

Dated: July 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE